**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MFW WINE CO., LLC, A6 WINE COMPANY, AND GECC2 LLC D/B/A BLOOMSDAY CAFE, | : No. 30 MAP 2020 <br> : <br> : <br> : <br> : Appeal from the Order of the <br> : Commonwealth Court at No. 251 <br> : MD 2020 dated May 1, 2020 |
| Appellees | |
| v. | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | |
| Appellant | |

## ORDER

**PER CURIAM**                                   **DECIDED:  March 25, 2021**

**AND NOW**, this 25th day of March, 2021, the order of the Commonwealth Court is

**AFFIRMED**.